UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER WILLIAMS,

    Plaintiff,

v.

                                                        Case No. 06-12842

COMMISSIONER OF SOCIAL           Honorable Patrick J. Duggan
SECURITY,

    Defendant.
_____/

## **OPINION AND ORDER**

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on June 19, 2007.

PRESENT:       THE HONORABLE PATRICK J. DUGGAN
                        U.S. DISTRICT COURT JUDGE

On June 27, 2006, Plaintiff filed this lawsuit challenging a final decision of the Commissioner denying Plaintiff's application for Social Security Disability Insurance Benefits and Supplemental Social Security Income. On November 9, 2006, Plaintiff filed a motion for summary judgment. On December 5, 2006, Defendant filed a motion for summary judgment. This Court referred both motions to Magistrate Judge Virginia M. Morgan.

On April 25, 2007, Magistrate Judge Morgan filed her Report and Recommendation (R&R) recommending that this Court deny Plaintiff's motion for

1

summary judgment, grant the Commissioner's motion, and affirm the decision denying Plaintiff disability benefits. At the conclusion of the R&R, Magistrate Judge Morgan advises the parties that they may object and seek review of the R&R within ten days of service upon them. She further specifically advises the parties that "[f]ailure to file specific objections constitutes a waiver of any further right of appeal." R&R at 15 (*citing Thomas v. Arn*, 474 U.S. 140 (1985); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); and *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981)). Neither party filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Morgan. Accordingly,

**IT IS ORDERED**, that Plaintiff's motion for summary judgment is **DENIED**;

**IT IS FURTHER ORDERED**, that Defendant's motion for summary judgment is **GRANTED**.

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:
Lisa A. Welton, Esq.
AUSA James A. Brunson
Magistrate Judge Virginia M. Morgan